ZIEVE, BRODNAX & STEELE, LLP
Shadd A. Wade, Esq.
Nevada Bar No. 11310
J. Stephen Dolembo, Esq.
Nevada Bar No. 9795
9435 West Russell Road, Suite 120
Las Vegas, NV 89148
Tel:   (702) 948-8565
Fax:   (702) 446-9898
swade@zbslaw.com
sdolembo@zbslaw.com
Attorneys for Plaintiff *Deutsche Bank National Trust Company, as Trustee for FFMLT Trust 2005-FF8, Mortgage Pass-Through Certificates, Series 2005-FF8*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR FFMLT TRUST 2005-FF8, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-FF8, a national bank,<br><br>    Plaintiff,<br><br>    vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; SPRINGS AT CENTENNIAL RANCH HOMEOWNERS ASSOCIATION, a Nevada non-profit co-op corporation,<br><br>    Defendants. | **CASE NO.: 2:18-cv-00597-JCM-VCF**<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANT SPRINGS AT CENTENNIAL RANCH HOMEOWNERS ASSOCIATION** |

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Deutsche Bank National Trust Company, as Trustee for FFMLT Trust 2005-FF8, Mortgage Pass-Through Certificates, Series 2005-FF8 (hereinafter "Deutsche Bank") and Defendant Springs at Centennial Ranch Homeowners Association (hereinafter "Springs at Centennial Ranch") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

1. On April 3, 2018, Plaintiff Deutsche Bank filed its Complaint in this action naming Springs at Centennial Ranch and SFR Investments Pool 1, LLC as defendants related to a homeowners association foreclosure sale of real property located at 1013 Echo Beach Avenue, North Las Vegas, NV 89086; APN 124-23-413-038 (hereinafter "Property").

2. The Parties hereby agree that Deutsche Bank's claims against Springs at Centennial Ranch shall be dismissed with prejudice, and Deutsche Bank and Springs at Centennial Ranch shall each bear its own costs and fees related to this litigation.

3. Springs at Centennial Ranch asserts that it does not have a current ownership interest in title to the Property.

4. Springs at Centennial Ranch specifically reserves its ongoing rights under Nevada law, including NRS Chapter 116, and the governing documents, including the Covenants, Conditions and Restrictions ("CC&Rs").

5. This dismissal does not affect any rights, claims or defenses of Deutsche Bank or Springs at Centennial Ranch with respect to any other party related to the foreclosure sale of the Property.

**IT IS SO STIPULATED.**

DATED this ___2nd day of November, 2018.

| ZIEVE, BRODNAX & STEELE, LLP | LEACH KERN GRUCHOW ANDERSON SONG |
|---|---|
| __/s/J. Stephen Dolembo, Esq.____<br>J. Stephen Dolembo, Esq.<br>Nevada Bar No. 9795<br>9435 West Russell Road, Suite 120<br>Las Vegas, Nevada 89148<br>Tel:    (702) 948-8565<br>Fax:   (702) 446-9898<br>sdolembo@zbslaw.com<br>Attorneys for Plaintiff *The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-14* | _/s/Ryan W. Reed, Esq._____<br>Ryan W. Reed, Esq.<br>Nevada Bar No. 11695<br>2525 Box Canyon Drive<br>Las Vegas, Nevada 89128<br>Attorney for *Springs at Centennial Ranch Homeonwers Association* |

Case No.: 2:18-CV-00597-JCM-VCF

## **ORDER**

Based on the foregoing stipulation, and good cause appearing,

**IT IS ORDERED** that Defendant SPRINGS AT CENTENNIAL RANCH HOMEOWNERS ASSOCIATION is hereby dismissed from this case with prejudice.

**IT IS FURTHER ORDERED** that Defendant SPRINGS AT CENTENNIAL RANCH HOMEOWNERS ASSOCIATION has no present ownership interest in title to the Property.

**IT IS FURTHER ORDERED** that each party shall bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED** that this dismissal does not affect any rights, claims or defenses of Plaintiff DEUTSCHE BANK or SPRINGS AT CENTENNIAL RANCH HOMEOWNERS ASSOCIATION with respect to any other party related to the foreclosure sale of the Property.

**IT IS SO ORDERED.**

DATED November 14, 2018.

_____
U.S. DISTRICT COURT OR MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of ZIEVE, BRODNAX & STEELE, LLP and that service of the foregoing **STIPULATION AND ORDER TO DISMISS DEFENDANT SPRINGS AT CENTENNIAL RANCH HOMEOWNERS ASSOCIATION** was made on the __2nd__ day of November, 2018 to all counsels identified on the CM/ECF notification system.

LEACH KERN GRUCHOW ANDERSON SONG
2525 Box Canyon Drive
Las Vegas, NV 89128
*Attorney for Defendant Sierra Ranch Homeowners Association*

DIANA S. EBRON, ESQ.
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139-5974
Attorney for SFR Investments Pool 1, LLC

/s/ Sara Hunsaker
An Employee of ZIEVE, BRODNAX & STEELE, LLP