UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY,<br><br>        Plaintiff(s),<br><br>   v.<br><br>SFR INVESTMENTS POOL I, LLC, et al.,<br><br>        Defendant(s). | Case No. 2:18-CV-597 JCM (VCF)<br><br>ORDER |

Presently before the court are cross-claimant's SFR Investment Pool 1, LLC's ("SFR") motions for default judgment against cross-defendants Donna C. Gentry ("Gentry") (ECF No. 65), United Guaranty Residential Insurance Company of North Carolina ("United") (ECF No. 66), and Leslie L. Wright (ECF No. 67).

Attached to SFR's motions for default judgment are proposed orders declaring that each cross-defendant has no right, title, or interest in the property at issue and that SFR is the rightful title owner. (ECF Nos. 65-9, 66-9, 67-9). However, the motion for default judgment against Gentry has an attached proposed order entering default judgment against not Gentry but United. (ECF No. 65-9).

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that SFR submit a proposed order of default judgment against cross-defendant Donna C. Gentry.

DATED September 4, 2020.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**