DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
Email: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
Email: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
Email: karen@kgelegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR FFMLT TRUST 2005-FF8, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-FF8, a national bank,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; SPRINGS AT CENTENNIAL RANCH HOMEOWNERS ASSOCIATION, a Nevada non-profit co-op corporation.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counter/Cross Claimant,<br><br>vs.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR FFMLT TRUST 2005-FF8, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-FF8; UNITED GUARANTY RESIDENTIAL INSURANCE COMPANY OF NORTH CAROLINA; LESLIE L. WRIGHT, an individual; DONNA C. GENTRY, an individual, | Case No. 2:18-cv-00597-JCM-VCF<br><br>**JUDGMENT BY DEFAULT AGAINST UNITED GUARANTY RESIDENTIAL INSURANCE COMPANY OF NORTH CAROLINA** |

- 1 -

Counter/Cross Defendants.

## JUDGMENT BY DEFAULT AGAINST UNITED GUARANTY RESIDENTIAL INSURANCE COMPANY OF NORTH CAROLINA

This matter came before the Court on SFR Investments Pool 1, LLC's ("SFR") Motion for Judgment by Default against United Guaranty Residential Insurance Company of North Carolina ("United" or "Cross-Defendant"). Having considered the motion, including the declarations attached thereto, the Court makes the following findings of fact and conclusions of law:

1. On January 4, 2019, SFR filed a Cross-Complaint [ECF No. 28] for quiet title and injunctive relief against United, relating to real property located at **1013 Echo Beach Avenue, N. Las Vegas, Nevada 89086; Parcel No. 124-23-413-038** ("the Property").

2. United failed to answer the complaint within the 21-day time limit set forth in FRCP 12. The Clerk of the Court appropriately entered a default against United on March 12, 2019.

3. SFR submitted credible evidence in support of its motion in the form of documents obtained from the Official Records of the Clark County Recorder and declarations made under penalty of perjury that demonstrate prima facie grounds sufficient to enter default judgment against United.

NOW, THEREFORE, pursuant to FRCP 55(b)(2), having considered the evidence and made the foregoing findings of fact and conclusions of law, and finding good cause,

IT IS ORDERED, ADJUDGED AND DECREED that United, any successors and assigns, have no right, title or interest in the Property and that SFR is the rightful title owner.

…

…

…

- 2 -

IT IS FURTHER ORDERED that this judgment does not adjudicate SFR's claims against, or the defenses of, any other party to this case.

_____
UNITED STATES DISTRICT COURT JUDGE
Dated: September 10, 2020

*Respectfully submitted by:*
**KIM GILBERT EBRON**
 /s/ *Jason G. Martinez*
JASON G. MARTINEZ, ESQ.
Nevada Bar No. 13375
7625 Dean Martin Dr., Ste. 110
Las Vegas, NV 89139
*Attorneys for SFR Investments Pool 1, LLC*

DATED this 22nd day of July, 2020.

- 3 -