UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY,<br><br>Plaintiff(s),<br><br>v.<br><br>SFR INVESTMENTS POOL I, LLC, et al.,<br><br>Defendant(s). | Case No. 2:18-CV-597 JCM (VCF)<br><br>ORDER |

Presently before the court is the matter of *Deutsche Bank National Trust Company v. SFR Investments Pool 1, LLC et al.*, case number 2:18-cv-00597-JCM-VCF.

This is a homeowners association foreclosure case. On April 3, 2018, plaintiff Deutsche Bank National Trust Company filed a quiet title action against the defendants, Springs at Centennial Ranch Homeowners Association (the "HOA") and SFR Investments Pool 1, LLC ("SFR"). (ECF No. 1).

The HOA was dismissed—with prejudice—from the case via stipulation on November 2, 2018. (ECF No. 25). SFR then counterclaimed for quiet title and injunctive relief against the plaintiff.[1] (ECF No. 28).

In 2019, SFR moved to dismiss plaintiff's amended complaint. (ECF No. 55). Plaintiff moved for summary judgment on SFR's counterclaims. (ECF No.57). The court granted SFR's motion to dismiss on statute-of-limitations grounds and denied plaintiff's motion for summary judgment. (ECF No. 64).

---

[1] SFR also filed "cross-claims" against three parties who have since had default judgments entered against them. (ECF Nos. 76, 77, 78).

**James C. Mahan**
**U.S. District Judge**

Plaintiff subsequently appealed the court's order. (ECF No. 72). The Ninth Circuit then ordered a temporary administrative closure of the case. (ECF No. 79).

On October 5, 2023, the Ninth Circuit entered a memorandum dismissing plaintiff's appeal for lack of jurisdiction. (ECF No. 84). Specifically, the Ninth Circuit stated that the order appealed from (ECF No. 64) was not a final judgement because SFR's counterclaims are still pending. (*Id.* at 2).

Accordingly,

IT IS HEREBY ORDERED that the parties each file a STATUS REPORT within fourteen (14) days of this order informing the court of their positions and the status of this case.

DATED October 18, 2023.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -