ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
PAIGE L. MAGASTER, ESQ.
Nevada Bar No. 15557
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: paige.magaster@akerman.com

*Attorneys for Deutsche Bank National Trust Company, as Trustee for FFMLT Trust 2005-FF8, Mortgage Pass-Through Certificates, Series 2005-FF8*

**AKERMAN LLP**
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR FFMLT TRUST 2005-FF8, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-FF8, a national bank,

Plaintiff,

vs.

SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; SPRINGS AT CENTENNIAL RANCH HOMEOWNERS ASSOCIATION, a Nevada non-profit co-op corporation,

Defendants.

Case No.: 2:18-cv-00597-JCM-MDC

**AMENDED SUBSTITUTION OF COUNSEL**

SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,

Counter/Cross-Claimant,

vs.

DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR FFMLT TRUST 2005-FF8, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-FF8; UNITED GUARANTY RESIDENTIAL INSURANCE COMPANY OF NORTH CAROLINA; LESLIE L. WRIGHT, an individual; DONNA C. GENTRY, an individual,

Counter/Cross-defendants.

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 FAX: (702) 380-8572

Deutsche Bank National Trust Company, as Trustee for FFMLT Trust 2005-FF8, Mortgage Pass-Through Certificates, Series 2005-FF8 hereby consents to the substitution of Ariel E. Stern, Esq. and Paige L. Magaster, Esq., of AKERMAN LLP as its counsel in the place and stead of ZBS LAW LLP, in the above-entitled matter.

DATED this 7th day of January, 2025.

**NewRez LLC d/b/a Shellpoint Mortgage Servicing as attorney-in-fact for Deutsche Bank National Trust Company, as Trustee for FFMLT Trust 2005-FF8, Mortgage Pass-Through Certificates, Series 2005-FF8**

Signature: Vincent Vere

Name: Vincent J. Vere

Title: Senior Litigation Case Manager

. . .

. . .

. . .

. . .

J. Stephen Dolembo, Esq., of the law firm of ZBS LAW LLP consents to the substitution of Ariel E. Stern, Esq. and Paige L. Magaster, Esq., of AKERMAN LLP as counsel of record in its place and stead on behalf of Deutsche Bank National Trust Company, as Trustee for FFMLT Trust 2005-FF8, Mortgage Pass-Through Certificates, Series 2005-FF8.

DATED this 2nd day of ~~November, 2024.~~ January 2025

**ZBS LAW LLP**

/s/ J. Stephen Dolembo

SHADD A. WADE, ESQ.
Nevada Bar No. 11310
J. STEPHEN DOLEMBO, ESQ.
Nevada Bar No. 9795
9435 West Russell Road, Suite 120
Las Vegas, NV 89148

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

Ariel E. Stern, Esq. and Paige L. Magaster, Esq., of the law firm AKERMAN LLP, consent to substitution as counsel of record for Deutsche Bank National Trust Company, as Trustee for FFMLT Trust 2005-FF8, Mortgage Pass-Through Certificates, Series 2005-FF8 in the place and stead of ZBS LAW LLP.

DATED this 9th day of February 9, 2025.

**AKERMAN LLP**

ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
PAIGE L. MAGASTER, ESQ.
Nevada Bar No. 15557
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134

**ORDER**

**IT IS SO ORDERED:**

Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Date: 2/11/2025