ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
PAIGE L. MAGASTER, ESQ.
Nevada Bar No. 15557
AKERMAN LLP
1180 N. Town Center Dr., Suite 290
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile:  (702) 380-8572
Email: ariel.stern@akerman.com
Email: paige.magaster@akerman.com

*Attorneys for Deutsche Bank National Trust Company, as Trustee for FFMLT Trust 2005-FF8, Mortgage Pass-Through Certificates, Series 2005-FF8*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR FFMLT TRUST 2005-FF8, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-FF8, a national bank, | Case No.: 2:18-cv-00597-JCM-MDC  **NOTICE OF DISASSOCIATION** |
| Plaintiff, | |
| vs. | |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; SPRINGS AT CENTENNIAL RANCH HOMEOWNERS ASSOCIATION, a Nevada non-profit co-op corporation, | |
| Defendants. | |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company, | |
| Counter/Cross-Claimant, | |
| vs. | |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR FFMLT TRUST 2005-FF8, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-FF8; UNITED GUARANTY RESIDENTIAL INSURANCE COMPANY OF NORTH CAROLINA; LESLIE L. WRIGHT, an individual; DONNA C. GENTRY, an individual, | |
| Counter/Cross-defendants. | |

81140162;1

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

Plaintiff Deutsche Bank National Trust Company, as Trustee for FFMLT Trust 2005-FF8, Mortgage Pass-Through Certificates, Series 2005-FF8 ("Deutsche Bank") provides notice that, as of April 25, 2025, Paige L. Magaster, Esq. shall be and is no longer associated with the law firm of Akerman LLP. Deutsche Bank requests Ms. Magaster be removed from the electronic service list.

Akerman LLP continues to serve as counsel for Deutsche Bank in this consolidated action. All future correspondence and papers in this action, associated with either consolidated matter, should continue to be directed to Deutsche Bank through its counsel of record.

DATED this April 25, 2025

**AKERMAN LLP**

/s/ Paige L. Magaster
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
PAIGE L. MAGASTER, ESQ.
Nevada Bar No. 15557
1180 N. Town Center Dr., Suite 290
Las Vegas, NV 89144

*Attorneys for Deutsche Bank National Trust Company, as Trustee for FFMLT Trust 2005-FF8, Mortgage Pass-Through Certificates, Series 2005-FF8*

**ORDER**

In the future, such notices must include the signature block required by LR IA 6-2.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Date: 4/29/2025

81140162;1