1  SCOTT R. LACHMAN, ESQ.
   Nevada Bar No. 12016
2  NICHOLAS E. BELAY, ESQ.
   Nevada Bar No. 15175
3  **AKERMAN LLP**
   1180 N. Town Center Dr., Suite 290
4  Las Vegas, NV 89144
   Telephone: (702) 634-5000
5  Facsimile:  (702) 380-8572
   Email: scott.lachman@akerman.com
6  Email: nicholas.belay@akerman.com

7  *Attorneys for Deutsche Bank National Trust Company,*
   *as Trustee for FFMLT Trust 2005-FF8, Mortgage*
8  *Pass-Through Certificates, Series 2005-FF8*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR FFMLT TRUST 2005-FF8, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-FF8, a national bank,<br><br>Plaintiff,<br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; SPRINGS AT CENTENNIAL RANCH HOMEOWNERS ASSOCIATION, a Nevada non-profit co-op corporation,<br><br>Defendants. | Case No.: 2:18-cv-00597-JCM-MDC<br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counter/Cross-Claimant,<br>vs.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR FFMLT TRUST 2005-FF8, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-FF8; UNITED GUARANTY RESIDENTIAL INSURANCE COMPANY OF NORTH CAROLINA; LESLIE L. WRIGHT, an individual; DONNA C. GENTRY, an individual,<br><br>Counter/Cross-defendants. | |

82377156;1

TO: ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Ariel E. Stern, Esq. is no longer associated with the law firm of Akerman LLP, and counsel requests that Mr. Stern be removed from the service list.

Akerman LLP continues to serve as counsel for Deutsche Bank National Trust Company, as Trustee for FFMLT Trust 2005-FF8, Mortgage Pass-Through Certificates, Series 2005-FF8. All items, including, but not limited to, pleadings, papers, correspondence, documents and future notices in this action should continue to be directed to the undersigned.

DATED this 23rd day of July, 2025.

**AKERMAN LLP**

*/s/ Scott R. Lachman*
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
1180 N. Town Center Dr., Suite 290
Las Vegas, Nevada 89144

*Attorneys for Deutsche Bank National Trust Company, as Trustee for FFMLT Trust 2005-FF8, Mortgage Pass-Through Certificates, Series 2005-FF8*

**ORDER**

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Date: 7/28/2025

82377156;1