UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY,<br><br>                              Plaintiff(s),<br><br>        v.<br><br>SFR INVESTMENTS POOL I, LLC, et al.,<br><br>                              Defendant(s). | Case No. 2:18-CV-597 JCM (MDC)<br><br>ORDER |

Presently before the court is the parties' supplemental briefing, apprising the court of their positions on remand. (ECF No. 80).

On October 27, 2023, the Ninth Circuit entered a mandate dismissing Deutsche Bank's appeal on jurisdictional grounds. (ECF No. 84). This court granted SFR Investment's FRCP 12(b)(6) motion to dismiss Deutsche Bank's amended complaint. (ECF No. 64). In the same order, the court denied Deutsche Bank's motion for summary judgment on SFR's counterclaim to Deutsche Bank's first complaint.

Following the Ninth Circuit's mandate, the court ordered the parties to file status reports apprising it of their positions on remand. (ECF No. 80). After reviewing the reports, the court ordered supplemental briefing. (ECF No. 90).

The Ninth Circuit found that SFR's counterclaim was still pending. (ECF No. 84). Because the counterclaim is still technically live, Deutsche Bank is correct to note that it is entitled to defend against it.

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

SFR indicates that, in answering the first amended complaint, it chose to move to dismiss rather than replead its counterclaim.  If it is no longer interested in pursuing the counterclaim, it should file a notice of voluntary dismissal.

Otherwise, Deutsche Bank may file a renewed motion for summary judgment.

IT IS SO ORDERED.

DATED January 13, 2026.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**